# United States District Court

MIDDLE DISTRICT OF ALABAMA

Thomas Thaggard,

V.

State of Alabama Department
of Youth Services

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV- 2:07CV483-1D

TO: State of Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (name and address)

Elizabeth Bern Spear, Esq.
McPhillips, Shinbaum, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*Charlene Campbell*
(BY) DEPUTY CLERK

6-4-07
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (*Specify*): _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                        Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.