| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cynd Thomas*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  *Cyndi Thomas*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>State of Alabama<br>Department of Youth Services<br>PO Box 66<br>Mt. Meigs, Alabama 36057<br><br>07cv483 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 2962 0891 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540