IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS THAGGARD, | * |
| Plaintiff, | * |
| v. | * Case No. CV- 2:07-CV-483-ID |
| STATE OF ALABAMA DEPARTMENT OF YOUTH SERVICES, | * |
| | * |
| Defendant. | * |
| | * |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the Plaintiff Thomas Thaggard, by and through his undersigned counsel, and hereby moves this Honorable Court to enter a judgment by default in the above-captioned action. As grounds therefore, the undersigned shows the following:

1. Plaintiff filed his original complaint on June 1, 2007.

2. A summons was issued by this Court on June 4, 2007 and said summons and complaint were served upon Defendant, via its agent Cindy Thomas, on June 7, 2007.

3. An answer was due from the Defendant on June 27, 2007. On September 20, 2007, Plaintiff's co-counsel Elizabeth Bern Spear sent a letter to legal counsel for the State of Alabama Department of Youth Services, namely T. Dudley Perry, Jr., reminding said counsel that the answer was due (see attached). However, no responsive pleading was forthcoming, and no answer has been received by this date of October 2, 2007.

4. The undersigned attempted to contact Defendant's counsel on the 2nd of October, 2007, but Defendant's counsel was unavailable to speak on the phone and has not returned the undersigned counsel's telephone call.

5. Plaintiff deserves a timely response to his complaint and, in the absence of same,

requests an entry of default judgment in this matter.

WHEREFORE, premises considered, the undersigned moves this Honorable Court for an entry of default judgment in the above-captioned action.

Respectfully submitted, on this the ___ day of October, 2007.

/s/ Thomas Thaggard
Thomas Thaggard, Plaintiff

OF COUNSEL:  By /s/Julian McPhillips
McPHILLIPS, SHINBAUM, LLC  Julian McPhillips (MCP004)
516 S. Perry St.
P.O. Box 64
Montgomery, AL 36101
(334) 262-1911

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing, via U.S. Mail, postage prepaid, upon Mr. Dudley Perry, Jr., Esq., P.O. Box 66, Mt. Meigs, AL 36057, on this the 2nd day of October, 2007.

/s/ Julian McPhillips
OF COUNSEL

# McPhillips Shinbaum, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

September 20, 2007

Julian L. McPhillips, Jr*
Kenneth Shinbaum
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear

Of Counsel:
G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted in NY

**Also Admitted in DC

Office Admin. Amy Strickland

T. Dudley Perry, Jr., Esq.
Assistant Attorney General
Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057

Re: **Thomas Thaggard v. State of Alabama Department of Youth Services**

Dear Dudley:

We have not yet received an answer to the Complaint filed in the above-referenced case. Please let me know when we can expect to receive the said responsive pleading.

I look forward to hearing from you.

Sincerely,

Elizabeth Bern Spear

Elizabeth Bern Spear