IN THE DISTRICT COURT OF THE UNITED STATE FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS THAGGARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| | )   2:07cv483-1D |
| v. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, | ) |
| | ) |

**ANSWER**

**JURISDICTION**

1. The Defendant admits the United States District Court for the Middle District of Alabama has jurisdiction.

2. Defendant denies the Plaintiff has exhausted administrative remedies and demands strict proof thereof.

**PARTIES AND VENUE**

3. Admitted.

4. Admitted.

**STATEMENT OF FACTS RELATED TO
PLAINTIFF THOMAS THAGGARD**

5. The Defendant admits the Plaintiff's alleged dates of employment. All other material allegations of paragraph 5 are denied and Defendant demands strict proof thereof.

6. All material allegations of paragraph 6 are denied and Defendant demands strict proof thereof.

7. Admitted.

8. Admitted.

9. Admitted.

10. Exhibit A is the EEOC Charge of Discrimination. Otherwise, the allegations of paragraph 10 are admitted.

11. Admitted.

12. Admitted.

13. All material allegations of paragraph 13 are denied and Defendant demands strict proof thereof.

14. All material allegations of paragraph 14 are denied and Defendant demands strict proof thereof.

15. All material allegations of paragraph 15 are denied and Defendant demands strict proof thereof.

16. All material allegations of paragraph 16 are denied and Defendant demands strict proof thereof.

17. Admitted.

### RACE DISCRIMINATION CAUSE OF ACTION FOR VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

18. No response required.

19. All material allegations of paragraph 19 are denied and Defendant demands strict proof thereof.

20. All material allegations of paragraph 20 are denied and Defendant demands strict proof thereof.

21. All material allegations of paragraph 21 are denied and Defendant demands strict proof thereof.

### CAUSE OF ACTION FOR VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

22. No response required.

23. All material allegations of paragraph 23 are denied and Defendant demands strict proof thereof.

24. All material allegations of paragraph 24 are denied and Defendant demands strict proof thereof.

25. All material allegations of paragraph 25 are denied and Defendant demands strict proof thereof.

## CAUSE OF ACTION FOR RETALIATION
## IN VIOLATION OF TITLE IX AND 42 USC 1983
## AND OTHER APPLICABLE LAWS

26. No response required.

27. All material allegations of paragraph 27 are denied and Defendant demands strict proof thereof.

28. All material allegations of paragraph 28 are denied and Defendant demands strict proof thereof.

29. All material allegations of paragraph 29 are denied and Defendant demands strict proof thereof.

## ADDITIONAL DEFENSES

1. The Plaintiff cannot recover under 42 U.S.C. § 1983 on a theory of respondent superior liability.

2. To the extent the plaintiff purports to state a cause of action against the Department under 42 USC 1983 based on any employee's conduct as a "supervisory defendant", the Department is entitled to sovereign immunity.

3. To the extent the plaintiff purports to state a cause of action against the Defendant under 42 USC 1983 based on any employee's supervisory capacity, the defendant is entitled to Eleventh Amendment immunity.

4. The Defendant is protected by Eleventh Amendment immunity and State immunity under Article I §14 of the Constitution of Alabama.

5. The Defendant is an agency of the State of Alabama and is immune from suit pursuant to the Eleventh Amendment.

6. The Defendant is not a person subject to suit.

7. The Defendant reserves the right to assert further or additional affirmative defenses as they become known through discovery.


Respectfully submitted,

TROY KING
ATTORNEY GENERAL


<u>s/ T. Dudley Perry, Jr.</u>
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Alabama Dept of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the <u>10th</u> day of October, 2007, I electronically filed the forgoing **ANSWER**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Bern Spear
McPhillips, Shinbaum, L.L.P
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102


<u>s/T. Dudley Perry, Jr.</u>
T. Dudley Perry, Jr.
Deputy Attorney General
Alabama Department of Youth Services