IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS THAGGARD, )
)
Plaintiff, )
)
V. ) CASE NO. 2:07-CV-00483
)
STATE OF ALABAMA DEPARTMENT OF YOUTH, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Alabama Department of Youth Services, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

10/11/2007
Date

s/T. Dudley Perry, Jr.
(Signature)

T. Dudley Perry, Jr.
(Counsel's Name)

**Deputy Attorney General**
Counsel for (print names of all parties)
Bar Number: 3985-R67T
Alabama Department of Youth Services
Address, City, State Zip Code
334-215-3803
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, T. DUDLEY PERRY, JR._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th ____ day of October _____ 20 07, to:

Elizabeth Bern Spear

McPhillips, Shinbaum, L.L.P

Post Office Box 64

516 South Perry Street

Montgomery, AL 36102

10/11/2007
Date

s/T. Dudley Perry, Jr.
Signature