IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| THOMAS THAGGARD, | * | |
| Plaintiff, | * | |
| v. | * | Case No. CV- 2:07-CV-483-ID |
| STATE OF ALABAMA DEPARTMENT OF YOUTH SERVICES, | * | |
| | * | |
| Defendant. | * | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Thomas Thaggard, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

( X )   This party is an individual, or

(   )   This party is a governmental entity, or

(   )   There are no entities to be reported, or

(   )   The following entities and their relationship to the party are hereby reported

Reportable Entity                                              Relationship to Party

_____        _____

_____        _____

_____        _____

_____        _____

October 11, 2007                                              /s/ Thomas Thaggard
   Date                                                             (Signature)

                                                                     /s/ Julian McPhillips

(Counsel's Name)

Counsel for
Thomas Thaggard

516 S. Perry Street
Montgomery, AL 36104
(334) 262-1911

CERTIFICATE OF SERVICE

    I , Julian L. McPhillips, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to Mr. Dudley Perry, Jr., Esq., Department of Youth Services, P.O. Box 66, Mt. Meigs, AL 36057, on this the 11th day of October, 2007.

/s/Julian L. McPhillips, Jr.
Of Counsel