**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 12, 2007

# NOTICE OF DOCKETING ERROR

From:   Clerk's Office

Case Style:   Thomas Thaggard v. State of Alabama Department of Youth Services

Case Number: 2:07-cv-483-ID

Docket Entry #8 - Corporate/Conflict Disclosure Statement

The referenced pleading was filed by counsel on 10/11/2007 with a blank form attached as the pdf document. Upon realizing his error, counsel re-filed said Statement (see docket entry #10).

Therefore pleading #8 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.