IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07cv483-ID |
| | * | |
| STATE OF ALABAMA | * | |
| DEPARTMENT OF YOUTH | * | |
| SERVICES, | * | |
| | * | |
| Defendant. | * | |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on *November 9, 2007* and was attended by:

    *Elizabeth Bern Spear, Esq.* for Plaintiff

    *T. Dudley Perry, Jr., Esq.* for Defendant

2.  **Pre-Discovery Disclosures.** The parties will exchange by *November 22, 2007* the information required by Fed. R. Civ. P. 26(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects:

    Plaintiff will propound discovery on the following: Defendant's hiring patterns and practice; Defendant's promotion history; Defendant's termination history; Plaintiff's work history with Defendant; and all other matters that may be relevant to Plaintiff's *Complaint* and Defendant's *Answer*.

    Defendant will propound discovery on the following: Plaintiff's work history,

Plaintiff's arrest record, the factual allegations brought by Plaintiff against the Department of Youth Services; immunity issues for the Defendants.

Plaintiff and Defendant will conduct discovery on all other issues relevant to their claims and defenses and all other matters relevant to the Plaintiff's claim.

All discovery commenced in time to be completed by *September 5, 2008*.

Maximum of 25 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 25 requests for admission by each party to any other party. [Responses due 30 days after service.]

Maximum of 25 requests for production of documents by each party to any other party. [Responses due 30 days after service.]

Maximum of 10 depositions by Plaintiff and 10 by Defendant. Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due: from Plaintiff by *February 1, 2008 and* from Defendant by *March 1, 2008*.

Supplementations under Rule 26(e) due by *September 15, 2008*.

4. **Other Items.**

The parties request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in *August 2008*.

Plaintiff should be allowed until *January 31, 2008* to join additional parties and until *January 31, 2008* to amend the pleadings.

Defendant should be allowed until *January 31, 2008* to join additional parties and

until *January 31, 2008* to amend the pleadings.

All potentially dispositive motions should be filed by *July 22, 2008.*

Settlement cannot be evaluated prior to *September 5, 2008.*

Final lists of witness and exhibits under Rule 26(a)(3) should be due from Plaintiff by *September 15, 2008* from Defendant by *September 30, 2008*.

Parties should have <u>15</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by *October 20, 2008* and at this time is expected to take approximately 2 days.

Dated this 15th day of November, 2007.

/s/ Elizabeth Bern Spear
Elizabeth Bern Spear, Attorney for Plaintiff
McPhillips Shinbaum, L.L.P.
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102
(334) 262-1911


/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr., Attorney for Defendant
General Counsel
Alabama Dept. of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057
(334) 215-3803