IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07cv483-ID |
| | * | |
| STATE OF ALABAMA | * | |
| DEPARTMENT OF YOUTH | * | |
| SERVICES, | * | |
| | * | |
| Defendant. | * | |

**AMENDED MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION TO AMEND PLEADINGS**

COMES NOW, the Plaintiff, Thomas L. Thaggard, by and through the undersigned attorney and files this amended motion to move this Court to extend the deadline of December 29, 2007 as ordered by the *Uniform Scheduling Order* until March 29, 2008, the time within which the Plaintiff may move to amend the pleadings. As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff has a charge of discrimination pending with the Equal Employment Opportunity Commission, hereinafter referred to as the "EEOC," involving the Defendant that the Plaintiff intends to include in the above-styled case by amending the Plaintiff's *Complaint*.

2. The Plaintiff has already requested a Right-to-Sue letter on November 29, 2007 from Equal Employment Opportunity Commission via facsimile and U.S. Mail.

3. However, the EEOC has informed the Plaintiff that the Right-to-Sue letter should not be issued until the beginning of the year.

4. The Plaintiff did not foresee a delay in issuance of the Right-to-Sue letter.

5. The Plaintiff has requested an expedited Right-to-Sue letter.

6. Today, the EEOC informed the Plaintiff that it must have the United States Department of Justice approve the Right-to-Sue letter, since a state agency is a party. Further, the EEOC stated that this could take two to three months.

7. Therefore, in the interests of judicial economy, the Plaintiff requests an extension until March 29, 2008 to file a motion to amend his complaint.

Wherefore, premises considered, the Plaintiff, Thomas L. Thaggard, respectfully requests that this Court extend the deadline for the Plaintiff to file a motion to amend the pleadings until March 29, 2008.

Dated this 18th day of December, 2007.

/s/ Elizabeth Bern Spear
Elizabeth Bern Spear, Attorney for Plaintiff
McPhillips Shinbaum, L.L.P.
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102
(334) 262-1911

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the below named either by hand delivery, facsimile transmission, electronic filing and/or by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address this the 18th day of December, 2007.

T. Dudley Perry, Jr., Attorney for Defendant
General Counsel
Alabama Dept. of Youth Services
P.O. Box 66
Mt. Meigs, Alabama 36057

/s/ Elizabeth Bern Spear
Of Counsel