## IN THE DISTRICT COURT OF THE UNITED STATE FOR THE
## MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | 2:07cv483-ID |
| v. | ) | |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ALABAMA DEPARTMENT OF YOUTH SERVICES' RESPONSE TO PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF DEADLINE TO AMEND PLEADINGS

The Plaintiff has requested an extension of time to amend the complaint. The Defendant objects to the motion for extension on the following grounds:

1. The Plaintiff claims he needs additional time to amend the complaint because there is a separate EEOC Charge of Discrimination for which the Plaintiff has not yet received a right to sue letter.

2. When the schedule was agreed to by the Parties, the separate EEOC charge was pending yet the Plaintiff had not received a right to sue letter on the second Charge of Discrimination. In other words, nothing has changed since the scheduling Order was entered.

3. The Defendant further submits that, as the Plaintiff acknowledged in his motion to amend the scheduling order, he intends to file a lawsuit on the allegations that are the subject of that charge of discrimination. In other words, there is no chance of resolving that dispute through the administrative process.

4. The Defendant agrees that judicial economy demands that these matters all be litigated at once and not piecemeal.

5. The Defendant therefore hereby **waives** the defense of failure to exhaust administrative remedies with regard to the matters raised in the second EEOC Charge of Discrimination referenced in the Plaintiff's motion for Extension filed on

December 18, 2007, and objects to the Plaintiff's motion for additional time to amend the complaint. [1]

WHEREFORE, the Defendant requests the Court deny the Plaintiff's Motion for Extension of Deadline to Amend the Pleadings and order the Plaintiff to amend the complaint pursuant to the existing scheduling order.

Respectfully submitted

        **s/ T. Dudley Perry, Jr.**
        T. Dudley Perry, Jr. (PER-034)
        General Counsel
        Post Office Box 66
        Mt. Meigs, AL 36057
        Telephone: (334) 215-3803
        Fax: (334) 215-3872
        E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19TH day of December, 2007, I electronically filed the forgoing **Response to Amended Motion for Extension of time to file motion to amend pleadings**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Bern Spear
McPhillips, Shinbaum, L.L.P
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102

        s/T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Deputy Attorney General
        Alabama Department of Youth Services

---

[1] This waiver is conditional on the Court's granting this Motion and is conditional on the Plaintiff amending to complaint pursuant to the original order.