IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, | ) |
|    Plaintiff, | ) |
| v. | )   Civil Action No. 2:07cv483-ID |
| STATE OF ALABAMA DEPARTMENT OF YOUTH SERVICES, | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Alabama Department of Youth Services' responsive pleading filed December 19, 2007 (Doc. No. 17), it is ORDERED that Plaintiff file a reply thereto on or before January 7, 2008.

Done this 26th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE