IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07cv483-ID |
| | * | |
| STATE OF ALABAMA | * | |
| DEPARTMENT OF YOUTH | * | |
| SERVICES, | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF THOMAS THAGGARD'S REPLY TO DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES' RESPONSE TO PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF DEADLINE TO AMEND PLEADINGS**

COMES NOW, the Plaintiff, Thomas L. Thaggard, by and through the undersigned attorney and files this reply to Defendant *Alabama Department of Youth Services' Response to Plaintiff's Amended Motion for Extension of Deadline to Amend Pleadings* (Doc. No. 17), pursuant to this Court's *Order* (Doc. No. 18). Plaintiff responds as follows:

1. In its response, the Defendant conditionally waived the defense of failure to exhaust administrative remedies with regard to the second EEOC charge as discussed in Plaintiff's *Amended Motion for Extension of Time to File Motion to Amend Pleadings* (Doc. No. 16). (Doc. No. 17, ¶ 5).

2. Further, the Defendant agreed in its response that judicial economy would demand that these claims be tried at once rather than piecemeal. (Doc. No. 17, ¶ 4).

3. As stated in his amended motion, the Plaintiff did not foresee the delay in issuance of the Right-to-Sue letter on the second EEOC charge. (Doc. No. 16, ¶

4).

5. Therefore, the Plaintiff does not understand Defendant's objection to Plaintiff's amended motion requesting an extension of time in light of the foregoing.

RESPECTFULLY SUBMITTED this 26th day of December, 2007.

/s/ Elizabeth Bern Spear
Elizabeth Bern Spear (SPE052)
McPhillips Shinbaum, L.L.P.
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102
(334) 262-1911

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the below named either by hand delivery, facsimile transmission, electronic filing and/or by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address this the 26th day of December, 2007.

T. Dudley Perry, Jr., Attorney for Defendant
General Counsel
Alabama Dept. of Youth Services
P.O. Box 66
Mt. Meigs, Alabama 36057

/s/ Elizabeth Bern Spear
Of Counsel