IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv483-ID |
| ) | |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF YOUTH SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is Plaintiff's amended motion for extension of time to file motion to amend the pleadings (Doc. No. 16) to which Defendant filed a response. (Doc. No. 17.) Plaintiff filed a reply. (Doc. No. 19.) As grounds for his motion, Plaintiff requests an extension of Section 4 of the Uniform Scheduling Order (Doc. No. 14), asserting that a related charge of discrimination against his employer is pending before the Equal Employment Opportunity Commission ("EEOC") and that despite Plaintiff's request the EEOC has not yet issued him a right-to-sue letter. (Doc. No. 16.) Having considered all of the arguments and the equities, the court finds that Plaintiff has presented good cause for the requested three-month extension. Accordingly, it is CONSIDERED and ORDERED that Plaintiff's amended motion for extension of time (Doc. No. 16) be and the same is hereby GRANTED and that the deadline in Section 4 of the Uniform Scheduling Order for Plaintiff

to file a motion to amend the pleadings is hereby EXTENDED to and including Friday, March 28, 2008.

It is further CONSIDERED and ORDERED that Plaintiff's original motion for extension of time to file motion to amend the pleadings (Doc. No. 15) be and the same is hereby DENIED as moot.

Done this 25th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE