# IN THE DISTRICT COURT OF THE UNITED STATE FOR THE
# MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| **THOMAS THAGGARD,** | ) |
| | ) |
|    Plaintiff, | ) |
| | )    **CIVIL ACTION NO.** |
| | )    **2:07cv483-ID** |
| v. | ) |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **YOUTH SERVICES,** | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF APPEARANCE

**COME NOW**, Sancha E. Teele, files this appearance as co-counsel on behalf of the Defendant, in the above-styled matter.

DONE this the 6th day of February, 2008.

                              Respectfully submitted,

                              s/Sancha E. Teele
                              Sancha E. Teele
                              Assistant Attorney General
                              Bar Number: 0103-H71T
                              Attorney for the Defendant
                              Alabama Department of Youth Services
                              Post Office Box 66
                              Mt. Meigs, AL 36057
                              Telephone: 334-215-3803
                              Fax: (334) 215-3872
                              E-Mail: sancha.teele@dys.alabama.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on **February 6, 2008** that I electronically filed the foregoing Notice of Appearance, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Bern Spear
McPhillips, Shinbaum, L.L.P
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102

                                            s/Sancha E. Teele
                                            Assistant Attorney General
                                            Alabama Department of Youth Services