IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07cv483-ID |
| | * | |
| STATE OF ALABAMA | * | |
| DEPARTMENT OF YOUTH | * | |
| SERVICES, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that a copy of the following document was served upon counsel for all parties to this action on the date shown below by depositing same in the United States mail, first-class postage prepaid, and properly addressed to all parties listed on the attached Certificate of Service.

(1) Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant.

Dated this 19th day of February, 2008.

/s/ Elizabeth Bern Spear
Elizabeth Bern Spear, Attorney for Plaintiff
McPhillips Shinbaum, L.L.P.
Post Office Box 64
516 South Perry Street
Montgomery, AL 36102
(334) 262-1911

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon the below named either by hand delivery, facsimile transmission, electronic filing and/or by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address this the 19th day of February, 2008.

    T. Dudley Perry, Jr., Attorney for Defendant
    Sancha E. Teele, Esq.
    General Counsel
    Alabama Dept. of Youth Services
    P.O. Box 66
    Mt. Meigs, Alabama 36057

                                      /s/ Elizabeth Bern Spear
                                      Of Counsel