IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv483-ID |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF YOUTH SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to amend complaint (Doc. No. 23), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 21st day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE