IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA     RECEIVED

| | | |
|---|---|---|
| THOMAS THAGGARD, | * | 2008 FEB 19  A 9: 21 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07cv483-ID |
| | * | |
| STATE OF ALABAMA | * | |
| DEPARTMENT OF YOUTH | * | |
| SERVICES, | * | |
| | * | |
| Defendants. | * | |

## AMENDED COMPLAINT

**COMES NOW** the Plaintiff, Thomas Thaggard, by and through his undersigned counsel of record, and doth amends his original Complaint against the above-named Defendant, the State of Alabama Department of Youth Services, as follows:

## I.

## JURISDICTION

1.      Plaintiff, Thomas Thaggard, files this Complaint, institutes these proceedings, and invokes the jurisdiction of this Court under and by virtue of the Acts of Congress known as Title VII of the **Civil Rights Act of 1964**, (42 U.S.C. § 2000(e) et seq.), as amended by the 1991 Civil Rights Act, 42 U.S.C. 1981a, and the **Age Discrimination in Employment Act**, as amended (29 U.S.C. § 621 et seq.) to obtain equitable relief, the costs of suit, including reasonable attorneys' fees, and an award of back pay and damages suffered by the Plaintiff, Thomas Thaggard.  The Plaintiff herein challenges the Defendant's unlawful discrimination against Plaintiff Thomas Thaggard, due to Plaintiff's race and age discrimination and Defendant's unlawful retaliation against him.

Page 1 of 10

2.      Plaintiff Thaggard avers that he has pursued and exhausted his administrative remedies. In particular, Plaintiff Thaggard filed a charge of race, age, and retaliation discrimination against his employer, State of Alabama Department of Youth Services, with the Equal Employment Opportunity Commission's Birmingham Office on September 11, 2006. Plaintiff Thaggard received his a right-to-sue letter on or about April 30, 2007. A copy of said charge is attached hereto and marked as "Exhibit A."

3.      Thereafter, on May 14, 2007, Plaintiff Thaggard filed a charge of race, age, and retaliation discrimination against his employer, State of Alabama Department of Youth Services, with the Equal Employment Opportunity Commission's Birmingham Office.   Plaintiff Thaggard received his a right-to-sue letter on or about January 28, 2008. A copy of said charge is attached hereto and marked as "Exhibit B."

## II.

## PARTIES AND VENUE

4.      The named Plaintiff, Thomas Thaggard, is a citizen of the United States, a resident of Montgomery County, Alabama, and is over 19 years of age.

5.      The named Defendant, the State of Alabama Department of Youth Services, *hereinafter* "DYS," is an Alabama state department, located at Mt. Meigs Campus, Post Office Box 66, Mt. Meigs, Alabama 36057.

**III.**

**STATEMENT OF FACTS RELATED TO**
**PLAINTIFF THOMAS THAGGARD**

6.     Plaintiff Thomas Thaggard has been employed by Defendant DYS for the past thirty years and is still employed with Defendant DYS. Plaintiff Thomas Thaggard has been a loyal employee and dedicated worker for Defendant.

7.     Plaintiff Thomas Thaggard avers that he has performed the duties of Defendant well, and received no complaints about his work until after he had filed his charges of race, age, and retaliation discrimination with the Equal Employment Opportunity Commission.

8.     Plaintiff Thaggard avers that he is a fifty-eight year old Caucasian male.

9.     Plaintiff Thomas Thaggard avers that he was hired as a Youth Services Aid in 1976.

10.     Plaintiff Thaggard avers that he has only received one promotion during his entire employment with DYS. In 1987, DYS promoted Plaintiff Thaggard to the position of Counselor I.

11.     In 2006, a position for Youth Service Specialist became available, which is a higher position than Plaintiff Thaggard's current position of Counselor I. In May 2006, Plaintiff Thaggard received a letter from Debra L. Spann, Personnel Manager for the DYS. This letter, attached hereto as "Exhibit A," stated that Plaintiff Thaggard had been certified for consideration for the position of Youth Services Specialist. Further, the letter stated that Plaintiff Thaggard's rank was "Band 1 (Tied with 5)."

12.     However, Plaintiff Thaggard avers that DYS did not choose Plaintiff Thaggard for the position of Youth Services Specialist. DYS instead selected Victor Black, effective September 1, 2006. Mr. Black is a younger African-American male. Plaintiff Thaggard has a Master's Degree

in Justice and Public Safety unlike Mr. Black, who has no master's degree. Further, Plaintiff avers that he has been employed with the Department far longer than Mr. Black.

13.    Additionally, Plaintiff Thaggard avers that the DYS employees who interviewed Plaintiff, namely Tim Davis and Janice Lewis, are African-American.

14.    Furthermore, Plaintiff Thaggard avers that the DYS has demonstrated a continuing practice of race discrimination in favor of African-Americans and younger individuals in that the last five people promoted to Youth Service Specialist have all been African-American and younger than the Plaintiff.

15.    Also, Plaintiff Thaggard avers that DYS failed to promote Plaintiff in retaliation for filing charges of discrimination against DYS in March of 2006 and in 1997.

16.    Therefore, Plaintiff Thaggard avers that he has been retaliated against, due to his race, his age, and previously filed charges of discrimination with the Equal Employment Opportunity Commission against the DYS.

17.    Plaintiff Thaggard avers that he was, and is, a victim of race, age and retaliation discrimination, and that any reasons given for DYS's failure to promote Plaintiff are pretextual.

18.    Plaintiff Thaggard notified the Equal Employment Opportunity Commission's Birmingham District Office regarding the discrimination he suffered, and herein alleged, and by charge of race, age, and retaliation discrimination (Charge Number 420-2006-04787) dated and filed September 11, 2006. A Right-to-Sue letter was issued on April 27, 2007 and received on or about April 30, 2007.

19.    After filing the above-referenced charge of discrimination, a job position for Youth Service Specialist became available, which is higher than the current position held by Plaintiff

Thaggard.  On February 7, 2007, Plaintiff received a letter from Debra L. Spann, Personnel Manager for the Department of Youth Services, which stated that the Plaintiff had been certified for consideration for the position of Youth Services Specialist.  Further, it stated that the Plaintiff's rank was "Band 1 (Tied with 26)."

20.    However, Plaintiff Thaggard was not chosen for the position of Youth Services Specialist.  The Department chose Arnea Linden and James White, effective March 6, 2007.  Ms. Linden and Mr. White are both young African-Americans.  Although the Plaintiff has a Master's Degree in Justice and Public Safety and has been employed with the Department for a longer period of time than Ms. Linden and Mr. White, he was not chosen for the position.

21.    Furthermore, the Department of Youth Services demonstrated its continuing practice of discrimination in that the last six people promoted to the position of Youth Service Specialist have all been African-American.

22.    Therefore, the Plaintiff believes that he is being retaliated against, because of his race, age, and previously filed charges of discrimination with the EEOC against the Alabama Department of Youth Services at the Mt. Meigs Campus.

23.    The Plaintiff believes that he is a victim of race discrimination, in violation of 42 U.S.C., Section 2000(e), and age discrimination, which is in violation of 29 U.S.C., Section 621, et seq.

IV.

## PLAINTIFF THAGGARD'S RACE DISCRIMINATION CAUSE OF ACTION FOR VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

24.     Plaintiff Thaggard repeats, realleges and incorporates by reference paragraphs 1-23 above, the same as if more fully set forth herein, and further avers that Defendant has discriminated against him due to his race.

25.     Plaintiff Thaggard avers that the aforesaid actions of the Defendant violated the 28 U.S.C. §§ 1331 and 1334 (a)(4), as an action arising under the Act of Congress known as Title VII of the **Civil Rights Act of 1964**,(42 U.S.C. § 2000(e) et seq.), as amended by the 1991 Civil Rights Act, 42 U.S.C. 1981a. and that DYS's upper management has a pattern and practice of race discrimination at DYS.

26.     Plaintiff Thaggard avers that he has suffered economic damages, including a loss of pay and benefits, as a proximate cause of said race discrimination.  Plaintiff Thaggard avers that the race discrimination practiced against him was willful, thus causing Plaintiff mental anguish and pain and suffering.

27.     Plaintiff Thaggard further avers that he has pursued and has exhausted his administrative remedies.

## PRAYER FOR RELIEF

WHEREFORE, premises considered, Plaintiff Thaggard prays that this Honorable Court will, upon a final hearing of this cause, enter an order:

a.     Enjoining and restraining the Defendant from further discrimination against

Plaintiff Thaggard due to his race;

b.      Awarding Plaintiff Thaggard such damages to which he may be entitled;

c.      Awarding Plaintiff Thaggard his costs in this action, including a reasonable attorney's fees; and

d.      Granting Plaintiff Thaggard such other, further and different relief to which he may be entitled.

## V.

## PLAINTIFF THAGGARD'S CAUSE OF ACTION FOR VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

28.     Plaintiff Thaggard repeats, realleges and incorporates by reference paragraphs 1-27 above, the same as if more fully set forth herein, and further avers that Defendant have discriminated against him due to his age.

29.     Plaintiff Thaggard avers that the aforesaid actions of the Defendant violated the **Age Discrimination in Employment Act**, as amended (29 U.S.C. § 621 et seq.), prohibiting age discrimination in employment.

30.     Plaintiff Thaggard avers that he has suffered economic damages, including a loss of pay and benefits, as a proximate cause of said age discrimination.  Plaintiff Thaggard avers that the age discrimination practiced against him was willful, and therefore a doubling of damages is appropriate.

31.     Plaintiff Thaggard further avers that he has pursued and has exhausted his administrative remedies.

**PRAYER FOR RELIEF**

WHEREFORE, premises considered, Plaintiff Thaggard prays that this Honorable Court will, upon a final hearing of this cause, enter an order:

a.    Enjoining and restraining the Defendant from further discrimination against Plaintiff Thaggard due to his age;

b.    Awarding Plaintiff Thaggard such damages to which he may be entitled, including a doubling of damages for the wilful nature of the age discrimination;

c.    Awarding Plaintiff Thaggard his costs in this action, including a reasonable attorney's fees; and

d.    Granting Plaintiff Thaggard such other, further and different relief to which he may be entitled.

**VI.**

**PLAINTIFF THAGGARD'S CAUSE OF ACTION**
**RETALIATION IN VIOLATION OF TITLE IX AND 42 U.S.C. SECTION 1983 AND**
**OTHER APPLICABLE STATE LAWS**

32.    Plaintiff Thaggard repeats, realleges and incorporates by reference paragraphs 1-31 above, the same as if more fully set forth herein, and further avers that Defendant have discriminated against him in retaliation for him reporting race and age discrimination.

33.    As herein alleged, Defendant illegally retaliated against Plaintiff by failing to promote Plaintiff to the position of Youth Services Specialist, because he reported the race and age discrimination. Each of said acts of retaliation are in violation of Title IX and 42 U.S.C. Section 1983 and all other applicable state laws.

34.    As a direct and proximate result of Defendant's willful, knowing and intentional

discrimination and retaliation against him, Plaintiff has suffered, and will continue to suffer, pain

and suffering, extreme mental anguish, and emotional distress. Therefore, the Plaintiff is entitled to

any monetary damages in amounts to be proven at trial.

    35.    As a direct and proximate result of Defendant's actions, Plaintiff has been

compelled to retain the services of counsel to enforce the terms and conditions of the relationship

with Defendant, and has thereby incurred, and will continue to incur, legal fees and costs, the full

nature and extent of which are presently unknown to her. Plaintiff will therefore seek leave of

Court to amend this Complaint in that regard when the same shall be fully and finally

ascertained.  Plaintiff requests that attorneys fees be awarded.

    Respectfully submitted on this the ___17___ day of February, 2008.

**A JURY TRIAL IS REQUESTED ON ALL ISSUES SO TRIABLE.**

JULIAN L. MCPHILLIPS (MCP004)
Attorney for Plaintiff

ELIZABETH BERN SPEAR (SPE052)
Attorney for the Plaintiff

OF COUNSEL:
MCPHILLIPS SHINBAUM, L.L.P.
516 S. Perry Street
P.O. Box 64
Montgomery, AL 36101
Telephone:    (334) 262-1911
Fax:    (334) 263-2321
Email:    espear@msg-lawfirm.com

**VERIFICATION**

Before me, the undersigned Notary Public, appeared Thomas Thaggard, known to me, who, after being duly sworn, did state the foregoing Complaint is true and correct in every particular, on this the 15 day of February, 2008.

_Thomas Thaggard_

Thomas Thaggard

_Chess Chrdson Caracen_

NOTARY PUBLIC
My Commission Expires: 12-11-2011

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the below named either by hand delivery, facsimile transmission, electronic filing and/or by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address this the 18 th day of February, 2008.

T. Dudley Perry, Jr., Esq.
Sancha E. Teele, Esq.
General Counsel
Alabama Dept. of Youth Services
P.O. Box 66
Mt. Meigs, Alabama 36057

_Elizabeth Bui Spear_

Of Counsel

Page 10 of 10

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>[ ] FEPA<br>[x] EEOC | CHARGE NUMBER<br>420 2007 0 2958 |
|---|---|---|

| | State or local Agency, if any | and EEOC |
|---|---|---|

| NAME (indicate Mr., Ms., Mrs.)<br><br>Mr. Thomas L. Thaggard | HOME TELEPHONE (include area code)<br><br>334-263-6416 | |
|---|---|---|
| STREET ADDRESS<br>2322 Palmetto Street | CITY, STATE AND ZIP CODE<br>Montgomery, AL 36107 | DATE OF BIRTH<br>06/04/48 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br><br>Alabama Department of Youth Services | NUMBER OF EMPLOYEES, MEMBERS<br>75 + | TELEPHONE (Include Area Code)<br><br>334-215-1602 |
|---|---|---|
| STREET ADDRESS<br>P.O. Box 66 | CITY, STATE AND ZIP CODE<br>Mt. Meigs, Alabama 36057 | COUNTY<br>Montgomery |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br><br>[x] RACE    [] COLOR    [] SEX    [] RELIGION    [x] AGE<br>[x] RETALIATION    [] NATIONAL ORIGIN    [] DISABILITY    [] OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)        LATEST (ALL)<br><br>[x] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Attached hereto and incorporated herein as if fully set out.

MAY 1 4 2007

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br>Aaron Duke<br>swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Thomas L. Thaggard*<br><br>Date    May 10, 2007        Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME ON<br>(DAY, MONTH, AND YEAR)    May 10, 2007 |

EXHIBIT
A

## AFFIDAVIT OF THOMAS L. THAGGARD

STATE OF ALABAMA      )
MONTGOMERY COUNTY   )

      Personally appeared before me, the undersigned Notary Public in and for the State of Alabama at Large, Thomas L. Thaggard, who is known to me and who, being duly sworn, deposes and says on oath as follows:

      My name is Thomas L. Thaggard.  I am over the age of 19 and this affidavit is based on my personal knowledge.

      1.     I have previously filed two charges of discrimination against the Department of Youth Services, **Charge Number 2006-01275 and Charge Number 2006-04787**.

      2.     I am still employed with the Alabama Department of Youth Services.  Recently, a job position, Youth Service Specialist, became available. Youth Service Specialist is a higher position than my current position of Counselor I.  On February 7, 2007, I received a letter from Debra L. Spann, Personnel Manager for the Department of Youth Services.  This letter, which is attached hereto and marked as "Exhibit A," stated that I had been certified for consideration for the position of Youth Services Specialist.  Further, it stated that my rank was "Band 1 (Tied with 26)."

      3.     However, I was not chosen for the position of Youth Services Specialist.  The Department chose Arnea Linden and James White, effective March 6, 2007.  Ms. Linden and Mr. White are both young African Americans.  Although I have a Master's Degree in Justice and Public Safety and have been employed with the Department for a longer period of time than Ms. Linden and Mr. White, I was not chosen for the position.

      4.     Furthermore, the Department of Youth Services demonstrated its continuing practice

of discrimination in that the last six people promoted to the position of Youth Service Specialist have all been African American.

5.      Therefore, I believe that I am being retaliated against, because of my race, my age, and my previously filed charges of discrimination with the EEOC against the Alabama Department of Youth Services at the Mt. Meigs Campus.

6.      I believe that I am a victim of race discrimination, in violation of 42 U.S.C., Section 2000(e), and age discrimination, which is in violation of 29 U.S.C., Section 621, et seq.

Dated this 10th day of May, 2007.

*Thomas L. Thaggard*
THOMAS L. THAGGARD

STATE OF ALABAMA          )

COUNTY OF MONTGOMERY   )

Before me the undersigned Notary Public, appeared **Thomas L. Thaggard**, known to me, who after being duly sworn, does state the foregoing facts are true and correct in every particular on this the 10th day of May, 2007.

*Sharon Duke*
NOTARY PUBLIC
My commission expires: 5-24-2011

STATE OF ALABAMA

# DEPARTMENT OF YOUTH SERVICES

**BOB RILEY**
GOVERNOR

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057
February 7, 2007

**J. WALTER WOOD, JR.**
EXECUTIVE DIRECTOR

Class:  Youth Services Specialist (60820)
Status:  Permanent
Salary: $1318.60 Semi-monthly
Location: Montgomery Co., Mt. Meigs, AL
Number of Vacancies:  1
Applicants Certified:  27
Your Rank:  1 (Tied with 26)

THOMAS L THAGGARD
2322 PALMETTO ST
MONTGOMERY AL 36107

Dear Mr. Thaggard:

Your name has been certified to the Department of Youth Services for consideration for the above job.

If you wish to be considered for employment, please immediately contact Ms. Charmian Neighbors at the Mt. Meigs Campus, telephone number (334) 215-3807 by February 22, 2007 to discuss the job and make an appointment to interview.  Your failure to call and interview for the job may result in removal of your name from the register until you contact the State Personnel Department.  If you need special services to accommodate a disability, please inform Ms. Neighbors of that when you talk to her and please also attach a request to this statement when you return it to this office.

Please fill in the information below to show whether you are available for appointment, and immediately return this entire letter with your completed statement.  Failure to return this letter may result in removal of your name from the register until you contact the State Personnel Department.

Sincerely,

Debra L. Spann
Personnel Manager

S:kg

Check the statements that describe your situation:

( ✓ ) I am available to be hired.
( ) I am not available to be hired.  Please remove my name from the register.
( ) I am not available now, but will be available _____ (date).
( ) I am not available to work at the location shown above, but am available (list counties).

_____
( ) I am not available to be hired (other reasons):_____

PLEASE LIST TELEPHONE NUMBER WHERE YOU CAN BE CONTACTED DURING THE DAY.

2-2-07                    Signed: Thomas Thaggard

STATE OF ALABAMA

# DEPARTMENT **DYS** SERVICES

**BOB RILEY**
GOVERNOR

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057
February 7, 2007

**J. WALTER WOOD, JR.**
EXECUTIVE DIRECTOR

Class:  Youth Services Specialist (60820)
Status:  Permanent
Salary: $1318.60 Semi-monthly
Location:  Montgomery Co., Mt. Meigs, AL
Number of Vacancies:  1
Applicants Certified:  27
Your Rank:  1 (Tied with 26)

THOMAS L THAGGARD
2322 PALMETTO ST
MONTGOMERY AL  36107

Dear Mr. Thaggard:

Your name has been certified to the Department of Youth Services for consideration for the above job.

If you wish to be considered for employment, please immediately contact Ms. Charmian Neighbors at the Mt. Meigs Campus, telephone number (334) 215-3807 by February 22, 2007 to discuss the job and make an appointment to interview.  Your failure to call and interview for the job may result in removal of your name from the register until you contact the State Personnel Department.  If you need special services to accommodate a disability, please inform Ms. Neighbors of that when you talk to her and please also attach a request to this statement when you return it to this office.

Please fill in the information below to show whether you are available for appointment, and immediately return this entire letter with your completed statement.  Failure to return this letter may result in removal of your name from the register until you contact the State Personnel Department.

Sincerely,

Debra L. Spann
Personnel Manager

DLS:kg

Check the statements that describe your situation:

( ✓ ) I am available to be hired.
( ) I am not available to be hired.  Please remove my name from the register.
( ) I am not available now, but will be available _____ (date).
( ) I am not available to work at the location shown above, but am available (list counties).

( ) I am not available to be hired (other reasons):_____

PLEASE LIST TELEPHONE NUMBER WHERE YOU CAN BE CONTACTED DURING THE DAY.

Date: 2-2-07     Signed: _Thomas Thaggard_

STATE OF ALABAMA                01/08/2007
PERSONNEL DEPARTMENT
TEST RESULT REPORT

60820  YOUTH SERVICES SPECIALIST

THIS EXAM WAS SCORED BY A MATHEMATICAL PROCESS CALLED "BANDED SCORING". IT GROUPS APPLICANTS WHO
SCORES AND ABILITY ARE ESSENTIALLY THE SAME. YOUR PERFORMANCE ON THE EXAM HAS PLACED YOU
IN BAND  1 FOR THE OPEN-COMPETITIVE REGISTER.

NUMBER OF APPLICANTS PER BAND

OPEN-COMPETITIVE

BAND
1.  34
2.  15
3.  19

YOU ARE ALLOWED THIRTY(30) DAYS IN WHICH TO REQUEST RE-CONSIDERATION OF ANY MATTER REGARDING
THIS EXAM.

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| s form is affected by the Privacy Act of 1974; See Privacy Act Statement before npleting this form. | [] FEPA<br>[x] EEOC | 420 2007 0 2958 |

_____ and EEOC
State or local Agency, if any

| ME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Mr. Thomas L. Thaggard | 334-263-6416 |

| REET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 22 Palmetto Street | Montgomery, AL 36107 | 06/04/48 |

MED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT ENCY WHO DISCRIMINATED AGAINST ME (*If more than one list below.*)

| ME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Alabama Department of Youth Services | 75 + | 334-215-1602 |

| REET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 66 | Mt. Meigs, Alabama 36057 | Montgomery |

| ME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| REET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| AUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)          LATEST (ALL) |
|---|---|
| [x] RACE      [] COLOR     [] SEX      [] RELIGION      [x] AGE<br>[x] RETALIATION     [] NATIONAL      [] DISABILITY     [] OTHER (Specify)<br>                 ORIGIN | [x] CONTINUING ACTION |

HE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

tached hereto and incorporated herein as if fully set out.

MAY 1 4 2007

| ant this charge filed with both the EEOC and the State or local Agency, if any. ill advise the agencies if I change my address or telephone number and I will operate fully with them in the processing of my charge in accordance with their ocedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | Aaron Duke<br>swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| eclare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *Thomas L Thaggard* | |
| te      May 10, 2007          Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DA<br>(DAY, MONTH, AND YEAR)      May 10, 2007 |

FORM 5 (Test 10/94)

EXHIBIT
B

## <u>AFFIDAVIT OF THOMAS L. THAGGARD</u>

STATE OF ALABAMA     )
MONTGOMERY COUNTY   )

Personally appeared before me, the undersigned Notary Public in and for the State of Alabama at Large, Thomas L. Thaggard, who is known to me and who, being duly sworn, deposes and says on oath as follows:

My name is Thomas L. Thaggard. I am over the age of 19 and this affidavit is based on my personal knowledge.

1.     I have previously filed two charges of discrimination against the Department of Youth Services, **Charge Number 2006-01275 and Charge Number 2006-04787.**

2.     I am still employed with the Alabama Department of Youth Services. Recently, a job position, Youth Service Specialist, became available. Youth Service Specialist is a higher position than my current position of Counselor I. On February 7, 2007, I received a letter from Debra L. Spann, Personnel Manager for the Department of Youth Services. This letter, which is attached hereto and marked as "Exhibit A," stated that I had been certified for consideration for the position of Youth Services Specialist. Further, it stated that my rank was "Band 1 (Tied with 26)."

3.     However, I was not chosen for the position of Youth Services Specialist. The Department chose Arnea Linden and James White, effective March 6, 2007. Ms. Linden and Mr. White are both young African Americans. Although I have a Master's Degree in Justice and Public Safety and have been employed with the Department for a longer period of time than Ms. Linden and Mr. White, I was not chosen for the position.

4.     Furthermore, the Department of Youth Services demonstrated its continuing practice

of discrimination in that the last six people promoted to the position of Youth Service Specialist have all been African American.

     5.    Therefore, I believe that I am being retaliated against, because of my race, my age, and my previously filed charges of discrimination with the EEOC against the Alabama Department of Youth Services at the Mt. Meigs Campus.

     6.    I believe that I am a victim of race discrimination, in violation of 42 U.S.C., Section 2000(e), and age discrimination, which is in violation of 29 U.S.C., Section 621, et seq.

     Dated this 10th day of May, 2007.

                   *Thomas L. Thaggard*

                   THOMAS L. THAGGARD


**STATE OF ALABAMA**        )

**COUNTY OF MONTGOMERY**   )

     Before me the undersigned Notary Public, appeared **Thomas L. Thaggard**, known to me, who after being duly sworn, does state the foregoing facts are true and correct in every particular on this the 10th day of May, 2007.

                  *Sharon Duke*

                  NOTARY PUBLIC

                  My commission expires: 5-24-2011

**STATE OF ALABAMA**

# DEPARTMENT OF YOUTH SERVICES

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057
February 7, 2007

OB RILEY
GOVERNOR

J. WALTER WOOD, JR.
EXECUTIVE DIRECTOR

Class:  Youth Services Specialist (60820)
Status:  Permanent
Salary:  $1318.60 Semi-monthly
Location:  Montgomery Co., Mt. Meigs, AL
Number of Vacancies:  1
Applicants Certified:  27
Your Rank:  1 (Tied with 26)

OMAS L THAGGARD
22 PALMETTO ST
ONTGOMERY AL  36107

ar Mr. Thaggard:

ur name has been certified to the Department of Youth Services for consideration for the above job.

ou wish to be considered for employment, please immediately contact Ms. Charmian Neighbors at the Mt. Meigs Campus, ephone number (334) 215-3807 by February 22, 2007 to discuss the job and make an appointment to interview.  Your ure to call and interview for the job may result in removal of your name from the register until you contact the State sonnel Department.  If you need special services to accommodate a disability, please inform Ms. Neighbors of that when talk to her and please also attach a request to this statement when you return it to this office.

ase fill in the information below to show whether you are available for appointment, and immediately return this entire letter your completed statement.  Failure to return this letter may result in removal of your name from the register until you act the State Personnel Department.

Sincerely,

*Debra L. Spann*

Debra L. Spann
Personnel Manager

‹g

‹ the statements that describe your situation:

( ✓ ) I am available to be hired.
( ) I am not available to be hired.  Please remove my name from the register.
( ) I am not available now, but will be available _____ (date).
( ) I am not available to work at the location shown above, but am available (list counties).

( ) I am not available to be hired (other reasons): _____

E LIST TELEPHONE NUMBER WHERE YOU CAN BE CONTACTED DURING THE DAY.

2-2-07                    Signed:  *Thomas Thaggard*

STATE OF ALABAMA

DEPARTMENT **DYS** SERVICES

**BOB RILEY**
GOVERNOR

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057
February 7, 2007

**J. WALTER WOOD, JR.**
EXECUTIVE DIRECTOR

Class: Youth Services Specialist (60820)
Status: Permanent
Salary: $1318.60 Semi-monthly
Location: Montgomery Co., Mt. Meigs, AL
Number of Vacancies: 1
Applicants Certified: 27
Your Rank: 1 (Tied with 26)

THOMAS L THAGGARD
2322 PALMETTO ST
MONTGOMERY AL 36107

Dear Mr. Thaggard:

Your name has been certified to the Department of Youth Services for consideration for the above job.

If you wish to be considered for employment, please immediately contact Ms. Charmian Neighbors at the Mt. Meigs Campus, telephone number (334) 215-3807 by February 22, 2007 to discuss the job and make an appointment to interview. Your failure to call and interview for the job may result in removal of your name from the register until you contact the State Personnel Department. If you need special services to accommodate a disability, please inform Ms. Neighbors of that when you talk to her and please also attach a request to this statement when you return it to this office.

Please fill in the information below to show whether you are available for appointment, and immediately return this entire letter with your completed statement. Failure to return this letter may result in removal of your name from the register until you contact the State Personnel Department.

Sincerely,

Debra L. Spann

Debra L. Spann
Personnel Manager

DLS:kg

Check the statements that describe your situation:

( ✓ ) I am available to be hired.
( ) I am not available to be hired. Please remove my name from the register.
( ) I am not available now, but will be available _____ (date).
( ) I am not available to work at the location shown above, but am available (list counties).

_____

( ) I am not available to be hired (other reasons): _____

_____

PLEASE LIST TELEPHONE NUMBER WHERE YOU CAN BE CONTACTED DURING THE DAY.

Date: 2-2-07          Signed: Thomas Thaggard

STATE OF ALABAMA                01/08/2007
PERSONNEL DEPARTMENT
TEST RESULT REPORT


60820  YOUTH SERVICES SPECIALIST

THIS EXAM WAS SCORED BY A MATHEMATICAL PROCESS CALLED "BANDED SCORING". IT GROUPS APPLICANTS WHO
SCORES AND ABILITY ARE ESSENTIALLY THE SAME. YOUR PERFORMANCE ON THE EXAM HAS PLACED YOU
IN BAND  1 FOR THE OPEN-COMPETITIVE REGISTER.


NUMBER OF APPLICANTS PER BAND

OPEN-COMPETITIVE

BAND
1. 34
2. 15
3. 19

YOU ARE ALLOWED THIRTY(30) DAYS IN WHICH TO REQUEST RE-CONSIDERATION OF ANY MATTER REGARDING
THIS EXAM.