IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-483-ID |
| | ) | |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF YOUTH | ) | |
| SERVICES | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

Upon consideration of the *Motion for Protective Order* (Doc. 29, filed June 6, 2008),

it is **ORDERED** that Plaintiff file a response to this motion **on or before June 13, 2008**.

Plaintiff shall include his proposed protective order if it differs from Defendant's proposed

order.

DONE this 6th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE