IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY THAGGARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO: 2:07cv483-ID |
| | ) |
| DEPARTMENT OF YOUTH SERVICES, | ) |
| | ) |
|     Defendant. | ) |

## RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

COMES NOW the Plaintiff and, in response to the Defendant's Motion for Protective Order filed on June 6, 2008 answers as follows:

1. Plaintiff objects to the Defendant's Motion for Protective Order and Proposed Protective Order filed on June 6, 2008.

2. Plaintiff and Defendant have mutually agreed upon a new Protection Order that is being filed on today's date, and therefore the Motion of June 6, 2008 is moot.

Dated this the 9th of June, 2008.

                                       /s/ Julian McPhillips
                                       Julian L. McPhillips Jr.
                                       Attorney for Plaintiff

Of Counsel:
MCPHILLIPS SHINBAUM, L.L.P.
516 S. Perry St.
Montgomery, AL 36104
Telephone:   334-262-1911
Facsimile:   334-262-2321

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below named either by hand delivery, facsimile transmission, electronic filing and/or by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address this the 9th day of June, 2008.

T. Dudley Perry, Jr.
Assistant Attorney General
Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057

                                       /s/ Julian McPhillips
                                       Of Counsel