IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-483-ID |
| | ) |
| STATE OF ALABAMA | ) |
| DEPARTMENT OF YOUTH | ) |
| SERVICES | ) |
| | ) |
| Defendant . | ) |

## ORDER

Pending before the Court is the *Motion for Protective Order* (Doc. 29, filed June 6, 2008) and the *Response to Defendant's Motion for Protective Order* (Doc. 31, filed June 9, 2008).  For good cause, it is **ORDERED** that the motion is **DENIED as moot.**

DONE this 12th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE