IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:07-cv-483-ID |
| vs. | ) |
| | ) |
| STATE OF ALABAMA | ) |
| DEPARTMENT OF YOUTH | ) |
| SERVICES | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

COMES NOW the Department of Youth Services, and files this request for a 40 day extension of all deadlines. The undersigned counsel has conferred with counsel for the Plaintiff and counsel for the Plaintiff does not oppose this motion.

Respectfully submitted

s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Alabama Dept of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872

E-Mail: dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th of August 2008, I electronically filed the forgoing **MOTION TO CONTINUE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Julian L. McPhillips
Elizabeth Bern Spear
McPhillips, Shinbaum, L.L.P.
Attorneys and Counselors at Law
516 South Perry Street
Montgomery, Alabama 36104

s/T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
General Counsel
Alabama Department of Youth
Services
