IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-483-ID |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF YOUTH ) | |
| SERVICES ) | |
| ) | |
| Defendant . ) | |

## ORDER

Upon consideration of the *Motion to Compel Responses to Written Discovery Requests* (Doc. 37, filed August 19, 2008), it is **ORDERED** that Plaintiff show cause **on or before August 22, 2008** why this motion should not be granted.

DONE this 19th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE