IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv483-ID |
| ) | |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF YOUTH SERVICES, ) | |
| ) | |
|     Defendant. ) | |

**<u>ORDER</u>**

Upon CONSIDERATION of the Defendant's Motion to Continue (Doc. No. 36, filed August 18, 2008), it is ORDERED that said Motion be and the same is hereby DENIED.

Done this 21st day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE