IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-483-ID |
| | ) | |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF YOUTH | ) | |
| SERVICES | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

Upon consideration of the *Motion to Compel Responses to Written Discovery Requests* (Doc. 37, filed August 19, 2008) and *Plaintiff's Response to Defendants' Motion to Compel Responses to Written Discovery Request* (Doc. 39, filed August 20, 2008), it is **ORDERED** that a hearing is set for **August 26, 2008 at 9:30 a.m**.  The hearing shall be held in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.   The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney.

DONE this 22nd day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE