# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **THOMAS THAGGARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:07-cv-483-ID |
| vs. | ) |
| | ) |
| **STATE OF ALABAMA** | ) |
| **DEPARTMENT OF YOUTH** | ) |
| **SERVICES** | ) |
| | ) |
| Defendant. | ) |

## RENEWED MOTION TO CONTINUE

COMES NOW the Department of Youth Services (DYS), and renews its request for a 40 day extension of the summary judgment deadline. Counsel for the Plaintiff does not oppose this continuance. In further support whereof, DYS submits the following:

1. On May 22, 2008, DYS submitted written discovery requests to the Plaintiff. The Plaintiff has not responded to three key discovery requests. DYS exhausted all avenues to resolve the matter without requesting Court intervention, and on August 18, 2008, DYS filed a motion to compel. (Doc. 37).

2. A hearing was held today, August 26, 2008, regarding DYS's motion to compel responses to the unanswered written discovery requests. The undersigned understands that Magistrate Judge Moorer ordered the Plaintiff to answer two of

the requests by tomorrow, August 27, 2008, and one by Friday morning August 29, 2008, before the Plaintiff's deposition. DYS anticipates a written order today.

    3. If the undersigned is to adequately represent DYS, the undersigned needs all the written responses within sufficient time to review them. Otherwise it will not be possible to adequately prepare for and take the deposition of the Plaintiff.

    4. The Plaintiff's deposition is currently scheduled to take place on Friday, August 29, beginning at 11:00. DYS anticipates that the deposition will last at least 7 hours.

    5. The summary judgment deadline is September 2, 2008, which is the next business day after the deposition.

    6. Therefore, unless this continuance is granted the undersigned must depose the Plaintiff without sufficient time after receipt of the Plaintiff's written discovery responses for preparation.

    7. Moreover, and perhaps more importantly, the undersigned must draft and prepare a summary judgment motion on behalf of DYS over the holiday weekend, with no staff, and without the benefit of a transcript of the Plaintiff's deposition.

    WHEREFORE, DYS requests an extension of 40 days to submit its motion for summary judgment.

Respectfully submitted

s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Alabama Dept of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th of August 2008, I electronically filed the forgoing **RENEWED MOTION TO CONTINUE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Julian L. McPhillips
Elizabeth Bern Spear
McPhillips, Shinbaum, L.L.P.
Attorneys and Counselors at Law
516 South Perry Street
Montgomery, Alabama 36104

s/T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
General Counsel
Alabama Department of Youth Services