IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS THAGGARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-483-ID |
| | ) | |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF YOUTH | ) | |
| SERVICES | ) | |
| | ) | |
| Defendant . | ) | |

**ORDER**

Pending before the Court is Defendant's *Motion to Compel Responses to Written Discovery Requests* (Doc. 37, filed August 19, 2008) and *Plaintiff's Response to Defendants' Motion to Compel Responses to Written Discovery Request* (Doc. 39, filed August 20, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

As to Interrogatory No. 9, Plaintiff shall fully respond to the question with the following limitations. First, Plaintiff shall fully respond as to any major detentions resulting in his arrest or the arrest of someone in his company. Second, Plaintiff shall provide information on any minor detentions in the last five years. As to Interrogatory No. 10, Plaintiff shall specifically identify each possible witness as well as a rough summary of what the anticipated testimony would be. With the above modifications, the motion to compel is granted. The responses are due **on or before close of business on August 27, 2008**.

As to Request for Production No. 21, Plaintiff already responded that there are no such records. As such, Plaintiff shall provide a sworn response that no such records exist. The

response is due on or before **August 29, 2008.**

DONE this 26th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE