# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 2:07-cv-483-ID |
| vs. ) | |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF YOUTH ) | |
| SERVICES ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR IMMEDIATE HEARING

COMES NOW the Department of Youth Services (DYS), and requests an immediate hearing regarding the scheduling of the Plaintiff's deposition. Specifically, DYS requests an order requiring the Plaintiff to stand to be deposed at the office of DYS on August 29, 2008, at 11:00 a.m. In support of this motion DYS submits the following:

1. The Plaintiff's deposition is scheduled to take place at 11:00 a.m. tomorrow morning, August 29, 2008. For the convenience of the Plaintiff and to accommodate his counsel, the deposition was scheduled to take place at Plaintiff counsel's office on Perry Street.

2. Plaintiff's counsel was unavailable to begin this deposition before 11:00 a.m. tomorrow, August 29, 2008. It is anticipated that this deposition will last 7

hours.

3. This morning, August 28, 2008, at approximately 11:10 a.m., the undersigned received a message from Plaintiff's counsel that their office will close tomorrow at 3:00 p.m., and noisy work will be conducted in the building thereafter. Plaintiff's counsel has apparently scheduled to have the floors in his office refinished simultaneously with the deposition of the Plaintiff in this case. Plaintiff's counsel did not inform the undersigned of that fact when the deposition was scheduled to take place at the office of Plaintiff's counsel.

4. Attached hereto as Exhibit 1 is a copy of a letter the undersigned sent to Plaintiff's counsel this morning requesting that the depositions be moved to the offices of DYS in order to avoid the disruption.

5. However, also attached hereto as Exhibit 2 is the response from Plaintiff's counsel in which Plaintiff's counsel insists on conducting the deposition at his office. He confirms that there will be a disruptive noise beginning at 3:00. Plaintiff's counsel also offers to start the deposition early, however, Plaintiff's counsel has previously informed the undersigned that a lunch break will be necessary to accommodate the Plaintiff, and the undersigned has informed Plaintiff's counsel that he has a conflicting meeting at 9:00 a.m.

6. Therefore, in order to conduct the deposition before 3:00 p.m., it would have to begin at 5:00 a.m. or earlier. This would be necessary to allow the Plaintiff

his meal breaks and to allow the undersigned to conduct the meeting scheduled at the DYS offices at 9:00 a.m.  Otherwise, the Defendant will suffer an unreasonable interference with its right to conduct the deposition of the Plaintiff.  The undersigned submits that DYS is entitled to conduct the Plaintiff's deposition without an artificial deadline imposed by Plaintiff's counsel and without interference from Plaintiff's counsel's workmen.

WHEREFORE, the undersigned requests an order directing the Plaintiff to stand for the deposition <u>at the office of DYS</u> at the scheduled time–11:00 a.m., August 29, 2008.

                Respectfully submitted

                <u>s/ T. Dudley Perry, Jr.</u>
                T. Dudley Perry, Jr.
                Bar Number: 3985-R67T
                General Counsel
                Alabama Dept of Youth Services
                Post Office Box 66
                Mt. Meigs, AL 36057
                Telephone: (334) 215-3803
                Fax: (334) 215-3872
                E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th of August  2008, I electronically filed the forgoing **MOTION FOR IMMEDIATE HEARING**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

Julian L. McPhillips
Elizabeth Bern Spear
McPhillips, Shinbaum, L.L.P.
Attorneys and Counselors at Law
516 South Perry Street
Montgomery, Alabama 36104

                                                    s/T. Dudley Perry, Jr.
                                                    T. Dudley Perry, Jr.
                                                    General Counsel
                                                    Alabama Department of Youth Services

STATE OF ALABAMA
DEPARTMENT OF YOUTH SERVICES

| BOB RILEY | POST OFFICE BOX 66 | J. WALTER WOOD, JR. |
|---|---|---|
| GOVERNOR | MT. MEIGS, ALABAMA 36057 | EXECUTIVE DIRECTOR |

August 28, 2008

Julian L. McPhillips, Jr.
McPhillips Shinbaum, L.L.P.
516 South Perry Street
Montgomery, AL 36104

Re: Thomas Thaggard (2:07-cv-483-ID)

Dear Julian:

    Your client Tommy Thaggard's deposition is scheduled to begin tomorrow morning at 11:00 a.m. We had agreed for your convenience to conduct that deposition at your office. However Ms. Carney just received a message from Ms. Spear in which Ms. Spear informed us that your office will close tomorrow at 3:00 p.m. for carpet cleaning. Ms. Spear informed Ms. Carney that there will be "noise" in your office tomorrow during the time we are scheduled to conduct the deposition. I understand Ms. Spear suggested we begin earlier in the morning. I presume the idea is to finish before 3:00.

    Julian this is a totally unacceptable development and tactic. It will therefore be necessary to conduct Mr. Thaggard's deposition at my office. Please be here at or before 11:00 a.m. to begin on schedule. I assume you will simply show up and there will be no need to involve the court in this matter.

    Thank you in advance for your cooperation in this matter.

                                           Sincerely,

                                           T. Dudley Perry, Jr.
                                           General Counsel

TDPJr/pic

EXHIBIT 1

# McPhillips Shinbaum, L.L.P.

McPhillips, Shinbaum, Luck, Bodin & Guillot
ATTORNEYS AND COUNSELORS AT LAW

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear

516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104
(334) 262-1911
(866) 224-8664

AND

2106 D GATEWAY DRIVE
OPELIKA, ALABAMA 36801
(334) 704-9991

*Also Admitted in NY
**Also Admitted in DC

Office Admin. Amy Strickland
Of Counsel: G. William Gill

August 28, 2008

Via Fax # 334-215-3872

Mr. Dudley Perry, Esq.
State of Alabama Dept. of Youth Services
Montgomery, AL

Re: Tommy Thaggard Deposition-Friday, August 29, 2008

Dear Dudley:

I just returned to my office about 11:30 this morning and learned that there had been various communications by and between you, Kenneth and Elizabeth related to the above. I was then shown a copy of a letter you sent me on today's date.

Please be advised that the fact of us having our floors sanded and refinished, starting tomorrow afternoon at 3:00 is in no way a "development and tactic." I understand you have already apologized to Elizabeth about this, and we accept your apology.

However, we do insist on the deposition remaining at this office. As you know, we took all your clients' depositions way out at the Youth Services facility. We are still willing to start **well before 11:00**, and it is only a convenience to you that we are starting at that late hour.

We will be doing the depositions in the first floor conference room. The refinishing is on the second floor. There will be no noise the first four hours.

Hopefully, the noise level will not be a problem, especially with the air conditioning gently rattling on the first floor. Also, the floors being refinished are not above the conference room. However, if the noise level becomes unacceptable starting at 3:00, we can easily move next door to Frank Wilson's office and continue the depositions.

EXHIBIT 2

As you know, this coming weekend is Labor Day weekend, and Elizabeth and I both have out of town plans for which we need to leave the office by 5:00. We cannot agree to extending the depositions much beyond that hour. We can work through lunch, with a sandwich. As you know, there is a seven-hour limit on depositions anyway. Although it would delay our weekend plans, we would be willing to stay until no later than 6:00 p.m. Hopefully, if you can organize a well-timed and well-planned deposition, you can cut to he quick and finish well before 5:00 p.m.

Sincerely,

Julian McPhillips

JLMcP:lh
x.c. Elizabeth Spear