IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv483-ID |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF YOUTH SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is Defendant's Renewed Motion to Continue (Doc. No. 43, filed August 26, 2008), to which the Plaintiff has no opposition. It is ORDERED that Defendant's motion be and the same is hereby GRANTED. The dispositive motion deadline is extended to and including September 15, 2008.

Done this 29th day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE