IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-483-ID |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF YOUTH ) | |
| SERVICES ) | |
| ) | |
| Defendant . ) | |

## ORDER

Pending before the Court is the *Motion for Immediate Hearing* (Doc. 45, filed August 28, 2008). For good cause, pursuant to a telephone conference with counsel and the resolution of the matter at issue, it is **ORDERED** that the motion is **DENIED as moot.**

DONE this 2nd day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00483-ID-TFM    Document 47    Filed 09/02/2008    Page 2 of 2