IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THOMAS THAGGARD** * | |
| * | |
| **Plaintiff** * | |
| * | |
| vs. * | Case No: 2:07: CV-483-ID |
| * | |
| **ALABAMA DEPARTMENT OF YOUTH** * | |
| **SERVICES** * | |
| * | |
| **Defendant** * | |

## *MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER*

*COMES NOW* The Health Care Authority for Baptist Health, An Affiliate of UAB Health System, D/B/A Baptist Medical Center South d/b/a Meadhaven, Montgomery, Alabama, by and through counsel, and moves this Honorable Court for an Order quashing the Subpoena issued by defendant Alabama Department of Youth Services herein, and for grounds would state as follows:

1. The patient, Thomas Thaggard's psychiatric/psychological records for an admission is, pursuant to §22-50-62 and §34-26-2 of the Code of Alabama, 1975, protected under Alabama law.

2. That the aforementioned statutes expressly require that disclosure be made only where, "... a court of competent jurisdiction shall order disclosure for the promotion of justice . . ."

3. As a result, the issuance of a Rule 45 Subpoena is not sufficient to obtain the requested psychiatric/psychological records.

4. That the subpoena fails to satisfy the federal requirements of the Health Insurance Portability and Accountability Act ("HIPAA") contained in 45 CFR Section 164.512(e).

*WHEREFORE*, The Health Care Authority for Baptist Health, An Affiliate of UAB Health System, D/B/A Baptist Medical Center South d/b/a Meadhaven would respectfully request that this Honorable Court quash the Subpoena issued by defendant Alabama Department of Youth Services for the psychiatric/psychological records of ***Thomas Thaggard***, or in the alternative that this Court hold such hearings or inquiry as it may deem necessary to determine the necessity of the disclosure of such records. Should the Court, following such hearing/inquiry, determine that a need exists to allow such records into evidence, that an Order be issued directing the release of such records, specifying the extent of the psychiatric/psychological records to be released, directing the use and

limits of disclosure of the information contained in such records, and providing the assurances required by HIPAA as set forth in 45 CFR Section 164.512(e).

Respectfully submitted this 2nd day of September 2008.

/s/ B. Blaine Brown III
B. Blaine Brown III / BRO 038
Attorney for
The Health Care Authority for Baptist Health,
An Affiliate of UAB Health System

Of Counsel:
B. Blaine Brown III
General Counsel
***Baptist Health***
P. O. Box 244001
Montgomery, Alabama 36124-4001
334/273-4410
334/273-4422 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Quash Subpoena Or In the Alternative Motion for Protective Order was served on the attorney for the defendant, by placing same in the United States mail, postage prepaid, on this the 2nd day of September 2008.

T. Dudley Perry, Jr.
General Counsel
***Alabama Dept of Youth Services***
Post Office Box 66
Mt. Meigs, Alabama 36057

/s/ B. Blaine Brown III
B. Blaine Brown III

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No: 2:07- CV-483-ID |
| | * |
| ALABAMA DEPARTMENT OF YOUTH SERVICES | * |
| | * |
| Defendant | * |

## *PROTECTIVE  ORDER*

This matter having come before the Court on a Motion to Quash a Subpoena for psychiatric/psychological records, and testimony having been taken and the Court having noted that the procedural requirements had been met and that good and sufficient clause for release of said records has been made, it is therefore:

**ORDERED**, that The Health Care Authority for Baptist Health, An Affiliate of UAB Health System D/B/A Baptist Medical Center South d/b/a Meadhaven, Montgomery, Alabama is hereby directed to release to the defendant the psychiatric/psychological records of *Thomas Thaggard* herein.

It is further **ORDERED** that said records shall be used only in the defense of this case and that there shall be no public or other disclosure of this information except to those participating in the preparation of or testimony in this case and who have a need to know such information.

It is further **ORDERED** that said records and information either be returned to the covered entity or be destroyed (including all copies made) at the end of the litigation proceeding as required under 45 CFR Section 164.512(e).

DONE this _____ day of _____, 2008.

_____
Judge

T. Dudley Perry, Jr. – *Alabama Department of Youth Services*
B. Blaine Brown III – *Baptist Health*