IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-483-ID |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF YOUTH ) | |
| SERVICES ) | |
| ) | |
| Defendant . ) | |

## ORDER

Upon consideration of the *Motion to Quash Subpoena or in the Alternative Motion for Protective Order* (Doc. 48, filed September 3, 2008), it is **ORDERED** that Defendant show cause **on or before September 10, 2008** why this motion should not be granted. Any motions Plaintiff wishes to file should also be filed by that date. Counsel for The Health Care Authority for Baptist Health is also instructed to submit a copy of the subpoena at issue as it was not attached to the motion.

DONE this 3rd day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE